EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Enmienda las Reglas 9, 14, 34 y 36 de las Reglas para la Administración del Tribunal de Primera Instancia | 2003 TSPR 120<br><br>159 DPR ____ |

Número del Caso: ER-2003-6

Fecha: 14 de julio de 2003

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

Enmienda las Reglas 9, 14, 34 y 36 de las Reglas para la Administración del Tribunal de Primera Instancia

EP-2003-6

**RESOLUCION**

San Juan, Puerto Rico a 14 de julio de 2003.

Se enmiendan las Reglas 9, 14, 34 y 36 para la Administración del Tribunal de Primera Instancia, según enmendadas, aprobadas el 30 de junio de 1999 y vigentes desde el 1 de septiembre de 1999, con el propósito de atemperar las mismas a la presente organización de la Rama Judicial, para que dispongan:

"**Regla 9. Salas que no Constituyen Centros Judiciales**

**A.    Definición**

Las Salas que no constituyen centros judiciales son las salas externas al centro judicial, según creadas por ley, ubicadas en los municipios que integran cada región judicial.

**B.    Jueces Administradores o Juezas Administradoras Auxiliares**

1.    En cada sala del Tribunal de Primera Instancia...

2.    Los Jueces Administradores o las Juezas Administradoras Auxiliares que presidan las salas que sean sedes del Tribunal de Primera Instancia de jueces o juezas superiores supervisarán los asuntos

de administración judicial de las demás salas adscritas a su demarcación territorial y servirán de enlace entre éstas y el Juez Administrador o la Jueza Administradora de la Región Judicial.

3. Los Jueces Administradores Auxiliares y las Juezas Administradoras Auxiliares podrán aprobar órdenes administrativas…"

## "Regla 14. Calendario de Causas Criminales

### A.    *Salas en Centros Judiciales*

En cada *Centro Judicial* se mantendrá un calendario permanente y continuo de causas criminales, las que se señalarán para juicio conforme con el siguiente procedimiento:

1.    ...

2.    ...

### B.    *Salas del Tribunal del Primera Instancia que no Constituyen Centros Judiciales*

1. El Juez Administrador o la Jueza Administradora Auxiliar *en cada sala del Tribunal de Primera de Instancia que no constituya centro judicial,* preparará un calendario de juicios en el que incluirá todos los casos criminales y de tránsito tan pronto sean presentados. Por delegación del Juez Administrador o de la Jueza Administradora de la Región Judicial, el Juez Administrador o la Jueza Administradora Auxiliar de cada sala preparará un calendario de vistas preliminares.

2. Al momento de la determinación de causa probable para arrestar o citar, o para acusar, se citará a la persona imputada, a testigos y a peritos, mediante el sistema de citación simultánea."

**"Regla 34.   Sello**

A.   El sello del Tribunal de Primera Instancia de Puerto Rico será igual al adoptado por el Tribunal Supremo, sustituyéndose las palabras Tribunal Supremo por Tribunal de Primera Instancia, Sección Superior o Municipal, según sea el caso, y *añadiéndose* el nombre de la respectiva sala.

B.   El Secretario o la Secretaria..."


**"Regla 36.       Residencia**

A.   Todo juez o toda jueza Superior del Tribunal de Primera Instancia asignado o asignada para actuar regularmente en una Sala deberá residir en cualquier municipio que sea parte de la región judicial a la cual se le asigne.

B.   Todo juez y toda jueza Municipal del Tribunal de Primera Instancia residirá en el municipio al cual se le asigne ejercer sus funciones regularmente.

C.   ...

D.   ..."


Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.



Carmen E. Cruz Rivera
Subsecretaria del Tribunal Supremo